UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EVERETT WILLIAMS,<br><br>　　　　　　　　　　　Defendant. | Case No.: 13cr4510-JAH<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |

　　　Defendant, Everett Williams, filed an unopposed Motion for Early Termination of Supervised Release. *See* Doc. No. 2130. Good cause appearing, Defendant's motion is GRANTED.

　　　Accordingly, IT IS HEREBY ORDERED Defendant's Supervised Release is Terminated.

　　　**IT IS SO ORDERED.**

DATED: June 26, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. John A. Houston
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1